UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| SCOTT BARR, DDS, on behalf of itself ) <br> and others similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FUTUREDONTICS, INC., ) <br> a California corporation, ) <br> ) <br> Defendant. ) | **CASE NO. 0:13-cv-61982-JIC** |

### NOTICE OF SETTLEMENT

Plaintiff, Scott Barr, DDS, hereby notifies this Court that a settlement has been reached between the Parties as to Plaintiff's individual claims, pending final execution of settlement documents and releases. The Parties expect to file a stipulation of dismissal within the next fourteen (14) days.

Respectfully submitted,

*/s/* Scott D. Owens
Scott D. Owens, Esq.
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Phone  954-589-0588
Fax      954-337-0666
scott@scottdowens.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 19, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Scott D. Owens
Scott D. Owens, Esq.