UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61982-CIV-COHN/SELTZER

SCOTT BARR, DDS, on behalf of
itself and others similarly situated,

      Plaintiff,

v.

FUTUREDONTICS, INC.,

      Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE**, which was previously stayed and administratively closed pending final decisions in two related cases, is now before the Court upon the parties' Joint Stipulation for Dismissal [DE 36] ("Stipulation"). The Court having reviewed the Stipulation, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is hereby **DISMISSED WITH PREJUDICE**;

2. Each party shall bear its own attorney's fees and costs; and

3. The Clerk shall **CLOSE** this case for all purposes and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of February, 2015.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF